E-FILED
Wednesday, 29 January, 2025  05:00:59 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 30691167**
**Date Processed: 01/28/2025**

| | |
|---|---|
| **Primary Contact:** | Nick Nolfi<br>Universal Health Services, Inc.<br>367 S Gulph Rd<br>King of Prussia, PA 19406-3121 |
| **Electronic copy provided to:** | Ashley Reed<br>Michelle Carson<br>Carolyn Esch |
| **Entity:** | Universal Health Services, Inc.<br>Entity ID Number 3658732 |
| **Entity Served:** | Universal Health Services, Inc. |
| **Title of Action:** | Rachael Capriglione, As Natural Mother And Next Friend Of A.T., A Minor vs. The Pavilion Foundation D/B/A The Pavilion Behavioral Health System |
| **Matter Name/ID:** | Rachael Capriglione vs. The Pavilion Foundation d/b/a The Pavilion Behavioral Health System (11747927) |
| **Document(s) Type:** | Citation |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Champaign County Circuit Court, IL |
| **Case/Reference No:** | 2021-L-000176 |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 01/27/2025 |
| **Answer or Appearance Due:** | 02/20/2025 |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Simon Law PC<br>314-241-2929 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Champaign COUNTY | CITATION TO DISCOVER ASSETS TO DEBTOR | For Court Use Only<br>**FILED**<br>SIXTH JUDICIAL CIRCUIT<br>1/23/2025 4:41 PM<br>By: SWM<br>*Susan W. McGrath*<br>CLERK OF THE CIRCUIT COURT<br>CHAMPAIGN COUNTY, ILLINOIS |
|---|---|---|
| **Instructions ▼**<br>Directly above, enter the name of the county where the case was filed. | RACHAEL CAPRIGLIONE, as natural mother and next friend of A.T., a minor,<br>Plaintiff *(First, middle, last name)* | |
| Enter the name of the plaintiff. | v. THE PAVILION FOUNDATION d/b/a THE PAVILION BEHAVIORAL HEALTH SYSTEM | 2021 L 176 |
| Enter the name of the defendant. | Defendant *(First, middle, last name)* | Case Number |
| Enter the case number. | | |

| Instructions | |
|---|---|
| In **1**, if the debtor is a person, enter the address where the debtor can be served. If the debtor is a business, enter the name of the registered agent, and the address for service. The registered agent can be found on the Illinois Secretary of State's website. | **1. Name and address of debtor:**<br>Universal Health Services, Inc.<br>*Debtor's name*<br>CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE<br>*Street, Apt #*<br>WILMINGTON, DE 19808<br>*City                State                ZIP* |
| In **2**, you will need to find out whether court will be in person, or by phone or video. Contact the Circuit Clerk by phone, or visit their website. Once you have this information, check **2a** or **2b**.<br>Fill out court date and time, and then:<br>If you check **2a**, fill out the address of the court building where the Debtor will attend in person.<br>If you check **2b**, fill out:<br>• the phone number for the Circuit Clerk's office.<br>• the instructions for how to appear by phone or video. | **2. You must attend court on** 02/20/2025 **at** 11:00 ☑ a.m. ☐ p.m.<br>*Date                                Time*<br><br>☑ a. In person<br>in courtroom C<br>The address of the court is: 101 E. Main St.<br>*Street*<br>Urbana, Illinois 61801<br>*City                State                ZIP*<br>OR<br>☐ b. By phone or video<br>**Information and instructions for how you must attend by phone or video:**<br><br>Attending by phone or video is also called a "Remote Appearance." For more information, call the Circuit Clerk _____<br>*Local Circuit Clerk's phone number*<br>**or visit their website to find out how to do this.** |
| **Notice to Debtor** | • If you do not attend the court date listed above in section 2, the judge may issue a rule to show cause which will require you to attend court.<br>• On the rule to show cause court date, you will have to explain why you did not attend court on the citation court date, and why you should not be found in contempt of court.<br>• If you do not attend the rule to show cause court date, the judge may find you in contempt, and you may be arrested and jailed. |

3. **At your *Citation* hearing you will be asked about your property and income. You will be sworn to tell the truth.**

> In **4a**, enter the date of the judgment. If the judgment has been revived (renewed), enter that date.

4. **Information about what you owe:**
   a. A judgment was entered or renewed against you on  03/28/2024 and 10/10/2024 .
      Date

> In **4b**, enter the amount of the judgment.

   b. The amount of the judgment is   $188,635,144  .

> In **4c**, enter how much money is still owed to you. You can include the judgment amount, your court costs (like filing fees, service fees, sheriff's fee, etc.), and post judgment interest of 9% per year. Subtract any payments made by the debtor.

   c. The current amount that remains to be paid, including the creditor's court costs and post judgment interest, minus any payments you have made, is   $202,680,215.  plus court costs of this proceeding.

> In **5**, enter any other document that the debtor should bring to court showing their income, property, or belongings.

5. **You are ordered to bring these documents at the court date:**
   - Federal and state income taxes for the last 2 years;
   - Recent pay stubs or proof of income;
   - Bank records;
   - Title to motor vehicles;
   - Deed to any property you own; AND
   - Insurance policies.
   - Other:  See attached Addendum.

6. **At the court date, you have the right to claim certain protections (exemptions). If you claim an exemption, the income or property covered by that exemption cannot be taken to pay the judgment. Here are some exemptions you may be able to claim:**
   1. Money or belongings up to $4,000 ("wildcard exemption");
   2. Social Security and Supplemental Security Income (SSI) benefits;
   3. Public assistance benefits;
   4. Child support;
   5. Unemployment compensation benefits;
   6. Workers' compensation benefits;
   7. Veterans' benefits;
   8. Circuit breaker property tax relief benefits;

> Equity interest is the money you would get if you sold your property and paid off any outstanding loans.

   9. Your equity interest, up to $2,400, in any one motor vehicle;
   10 Your equity interest, up to $1,500, in any professional books, or tools of your trade;
   11 Pension and retirement benefits and refunds; AND
   12 Your equity interest, up to $15,000, in the house you live in.

7. **There are specific exemptions for wages.** Under Illinois law, the amount of wages that may be taken to pay a judgment is limited to the lower of: 1) 15% of your gross wages, or 2) the amount by which your weekly wages, after deductions for taxes and other allowed deductions, is greater than 45 times the minimum wage. Federal law allows the lesser of: 1) 25% of disposable wages; or 2) the amount by which disposable earnings for a week is greater than 30 times the federal minimum wage. ***Illinois minimum wage will increase between January 1, 2020 and January 1, 2025. See the Exempt Wages Table on the last page of this form to determine what wages are exempt based on the current minimum wage.***

Enter the Case Number given by the Circuit Clerk: 2021 L 176

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Citation to Discover Assets to Debtor* is true and correct. I understand that making a false statement on this form is perjury and has provided by law under 735 ILCS 5/1-109.** |

**I certify that everything in the *Citation to Discover Assets to Debtor* is true and correct. I understand that making a false statement on this form is perjury and has provided by law under 735 ILCS 5/1-109.**

/s/ Timothy M. Cronin
Your Signature

1001 Highlands Plaza Drive, Suite 300
Street Address

Timothy M. Cronin
Print Your Name

St. Louis, Missouri 63110
City, State, ZIP

tcronin@simonlawpc.com
Email

(314) 241-2929
Telephone

6303115
Attorney # (if any)

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**STOP!** The Circuit Clerk will fill in this section.

**Witness this Date:** 1/23/2025

**Clerk of the Court:** /s/ Susan McGrath

Seal of Court



CHAMPAIGN COUNTY ILLINOIS — CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT

Enter the Case Number given by the Circuit Clerk: 2021 L 176

| STATE OF ILLINOIS, CIRCUIT COURT <br><br> Champaign COUNTY | INCOME AND PROPERTY STATEMENT <br><br> (TO BE FILLED OUT BY DEBTOR) | *For Court Use Only* |
|---|---|---|
| **Instructions ▼** <br> **To creditor:** Fill out this section in the same way you did on page 1. <br> **To debtor:** fill out pages 4-6 and sign below. | RACHAEL CAPRIGLIONE, as natural mother and next friend of A.T., a minor, <br> **Plaintiff** *(First, middle, last name)* <br><br> v. THE PAVILION FOUNDATION d/b/a THE PAVILION BEHAVIORAL HEALTH SYSTEM <br> **Defendant** *(First, middle, last name)* | 2021 L 176 <br> **Case Number** |

| **Notice to Debtor:** | 1. Fill out this form and bring it with you to court; AND <br> 2. Bring documents you have to support the information you listed in the form. |
|---|---|

| In **1a**, **1b** and **1c** enter your full name, phone number and current address. | 1. **I am providing the following information about myself:** <br> a. Name: _____ <br>                 First        Middle        Last <br> b. Phone Number: _____ <br> c. Home Address: _____ <br>                 *Street Address, Apt.* <br><br> _____ <br>   City          State          ZIP <br> d. Driver's License Number: _____ <br> e. Social Security Number *(last 4 digits):* _____ <br> f. Date of Birth: _____ <br> g. I am ☐ married ☐ single ☐ divorced <br><br> 2. **I am providing the following information about the people who live with me:** <br> a. I support _____ adults *(not counting myself)* who live with me. <br> b. I support _____ children under 18 who live with me. <br><br> 3. **I am employed.** ☐ **No** *(answer 3a and skip to 4)* ☐ **Yes** *(skip to 3b and complete the rest)* <br> a. I receive unemployment. ☐ Yes ☐ No <br>     I receive $_____ in unemployment payments. <br> b. If yes, ☐ I am self-employed ☐ I work for someone else <br> c. Company's name: _____ <br> d. Company's _____ <br>               *Street Address* <br><br> _____ <br>   City          State          ZIP <br> e. Income: $_____ per month |
|---|---|
| In **1d**, enter your Driver's License Number if you have one. | |
| In **1e**, enter the last 4 digits your social security number. | |
| In **1f**, enter your date of birth. | |
| In **1g**, check your marital status. | |
| In **2a** and **2b**, enter the number of people living in your house who you support. Support means that the people rely on you financially. | |
| In **3**, check yes if you are employed. | |
| In **3a**, if you receive unemployment, check the box and enter the amount of unemployment you receive. | |
| In **3b**, check the box that applies to you. | |
| In **3c** and **3d** enter the company's name and address. | |
| In **3e**, enter the gross amount (before taxes) for your income. | |

| | |
|---|---|
| In **4**, check the box for each type of money you have received in the past month. The creditor may not use court proceedings to take any money you get from these sources. | **4. I receive 1 or more of the following:**<br>☐ **Yes** *(check all that apply)* ☐ **No**<br>☐ General Assistance (GA)<br>☐ Social Security<br>☐ Supplemental Security Income (SSI)<br>☐ Food Stamps (SNAP)<br>☐ State Children & Family Assistance<br>☐ Temporary Assistance to Needy Families (TANF)<br>☐ Aid to the Aged, Blind and Disabled (AABD)<br>☐ Unemployment<br>☐ Pension<br>☐ Other: _____ |

**5. I own real estate:** ☐ Yes ☐ No

a. I own property _____
   *Street Address, Apt.*

   _____  _____  _____
   City              State    ZIP

   ☐ There is a mortgage on my property.

b. I own property _____
   *Street Address, Apt.*

   _____  _____  _____
   City              State    ZIP

   ☐ There is a mortgage on my property.

In **5**, check if you own real estate.

In **5a**, list the address of the property you own and check the box if there is a mortgage on the property.

In **5b**, list the address of any additional property you own and check the box if there is a mortgage on the property.

**6. I have checking, savings, money market, certificates of deposit, safety deposit boxes, or other bank or credit union accounts:** ☐ Yes ☐ No

| | Name of Bank or Institution | Names on Accounts | Account Type | Balance |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |
| 3. | | | | $ |
| 4. | | | | $ |

In **6**, check if you have any of the listed accounts and provide the information about each account, but do not list account numbers.

**7. I have motor vehicles** *(Cars, boats, trailers, motorcycles etc.)*: ☐ Yes ☐ No

| | Year, Make, and Model | Title in Name of | Monthly | Balance Due |
|---|---|---|---|---|
| 1. | | | $ | $ |
| 2. | | | $ | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |

In **7**, check if you have any motor vehicles and provide the information about each vehicle. For Balance, fill in the amount remaining on your loan.

**8. I own other property:** ☐ Yes ☐ No

The property is *(describe and include its total value*  $ _____

_____
_____
_____

In **8**, check yes if you own other property such as jewelry, electronics, tools, etc.

Enter the Case Number given by the Circuit Clerk: 2021 L 176

| Timeframe: | If Paid **Weekly** | If Paid **Every 2 Weeks** | If Paid **Semi-Monthly** | If Paid **Monthly** |
|---|---|---|---|---|
| **EXEMPT WAGES TABLE** | | | | |
| **January 1, 2020 - June 30, 2020** *(Minimum Wage $9.25/hr)* | $416.25 | $832.50 | $901.88 | $1,803.75 |
| **July 1, 2020 – December 31, 2020** *(Minimum Wage $10/hr)* | $450 | $900 | $975 | $1,950 |
| **January 1, 2021 -December 31, 2021** *(Minimum Wage $11/hr)* | $495 | $990 | $1,072.50 | $2,145 |
| **January 1, 2022 -December 31, 2022** *(Minimum Wage $12/hr)* | $540 | $1,080 | $1,170 | $2,340 |
| **January 1, 2023 -December 31, 2023** *(Minimum Wage $13/hr)* | $585 | $1,170 | $1,267.50 | $2,535 |
| **January 1, 2024 -December 31, 2024** *(Minimum Wage $14/hr)* | $630 | $1,260 | $1,365 | $2,730 |
| **January 1, 2025** *(Minimum Wage $15/hr)* | $675 | $1,350 | $1,462.50 | $2,925 |

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 | **I certify that everything in this *Income and Property Statement* is true and correct. I understand that making a false statement on this form is perjury and has penalties by law under 735 ILCS 5/1-109.** |
| After you finish this form, sign and print your name. | _____  _____<br>*Your Signature*                          *Street Address*<br><br>_____  _____<br>*Print Your Name*                       *City, State, ZIP* |
| Enter your complete address, telephone number, and email address, if you have one. | _____  _____<br>*Email*                                          *Telephone* |
| Mail, email or hand-deliver a copy of this completed Statement to the plaintiff. | _____<br>*Attorney # (if any)* |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

ILLINOIS CIRCUIT COURT
SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY

RACHAEL CAPRIGLIONE, as natural mother and Next Friend of A. T., a minor,

Plaintiff,

v.

THE PAVILION FOUNDATION d/b/a THE PAVILION BEHAVIORAL HEALTH SYSTEM,

Defendant.

Case No.: 2021-L-000176

## CITATION TO DISCOVER ASSETS PROHIBITION

To be served alongside the Citation to Discovery Assets.

Pursuant to 735 ILCS 5/2-1402(a):

**IF YOU FAIL TO APPEAR IN COURT AS DIRECTED IN THIS NOTICE, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

Pursuant to 735 ILCS 5/2-1402(f)(1):

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from the enforcement of a judgment therefrom, a deduction order or garnishment, belonging to the judgment debtor or to which he or she may be entitled or which may thereafter be acquired by or become due to him or her, and from paying over or otherwise disposing of any moneys not so exempt which are due or to become due to the judgment debtor, until the further order of the court or the termination of the proceeding, whichever occurs first. **You are not required to withhold the payment of any moneys beyond double the amount of the balance due sought to be enforced by the judgment creditor.**

The court may punish any party who violates the restraining provision of a citation as and for a contempt, or if the party is a third party may enter judgment against him or her in the amount of the unpaid portion of the judgment and costs allowable under this Section, or in the amount of the value of the property transferred, whichever is lesser.

1

ILLINOIS CIRCUIT COURT
SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY

RACHAEL CAPRIGLIONE, as natural
mother and Next Friend of A. T., a minor,

Plaintiff,

v.

THE PAVILION FOUNDATION d/b/a
THE PAVILION BEHAVIORAL
HEALTH SYSTEM,

Defendant.

Case No.: 2021-L-000176

## CITATION TO DISCOVER ASSETS ADDENDUM (UHS)

- Statements from accounts of any and all kinds which contain cash or assets held for or owed to Defendant Pavilion, including but not limited to, banking accounts, checking accounts, savings accounts, investment accounts, and/or intercompany receivables as depicted on Defendant Pavilion's balance sheets produced on March 24, 2024 in this litigation.
- Any documents evidencing a transfer of cash or any other assets to or from Defendant Pavilion to or from UHS of Delaware, Inc. ("UHSD"), Universal Health Services, Inc. ("UHS"), or any other UHS affiliate.
- Any documents evidencing payments made by UHS for or on behalf of Defendant Pavilion.
- Any documents that describe, relate to, or pertain to the total asset amount of $135,344,960 as listed on the Defendant's Form 1120 U.S. Corporate Income Tax Return for 2022 produced on March 24, 2024 in this litigation.
- Any documents that describe, relate to, or pertain to the total retained earnings of $131,670,814 as listed on Defendant's Form 1120 U.S. Corporate Income Tax Return for 2022 produced on March 24, 2024 in this litigation.
- Any documents, electronic or otherwise, relating to the transfer of cash, money, funds, or assets, between any UHS entity and Defendant.
- Any documents, electronic or otherwise, relating to any receivables owed to Defendant Pavilion being held by any other person or entity.
- Any other documentation which evidences the amount of cash or assets held for or owed to Defendant Pavilion.



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 30691196**
**Date Processed: 01/28/2025**

| | |
|---|---|
| **Primary Contact:** | Nick Nolfi<br>Universal Health Services, Inc.<br>367 S Gulph Rd<br>King of Prussia, PA 19406-3121 |
| **Electronic copy provided to:** | Ashley Reed<br>Michelle Carson<br>Carolyn Esch |
| **Entity:** | UHS of Delaware, Inc.<br>Entity ID Number  3658454 |
| **Entity Served:** | Uhs of Delaware, Inc. |
| **Title of Action:** | Rachael Capriglione, As Natural Mother And Next Friend Of A.T., A Minor vs. The Pavilion Foundation D/B/A The Pavilion Behavioral Health System |
| **Matter Name/ID:** | Rachael Capriglione vs. The Pavilion Foundation d/b/a The Pavilion Behavioral Health System (11747927) |
| **Document(s) Type:** | Citation |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Champaign County Circuit Court, IL |
| **Case/Reference No:** | 2021-L-000176 |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 01/27/2025 |
| **Answer or Appearance Due:** | 02/20/2025 |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Simon Law PC<br>314-241-2929 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Champaign COUNTY | CITATION TO DISCOVER ASSETS TO DEBTOR | For Court Use Only |
|---|---|---|

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the name of the plaintiff.

Enter the name of the defendant.

Enter the case number.

RACHAEL CAPRIGLIONE, as natural mother and next friend of A.T., a minor,
**Plaintiff** *(First, middle, last name)*

v. THE PAVILION FOUNDATION d/b/a THE PAVILION BEHAVIORAL HEALTH SYSTEM
**Defendant** *(First, middle, last name)*

2021 L 176
**Case Number**

---

In **1**, if the debtor is a person, enter the address where the debtor can be served. If the debtor is a business, enter the name of the registered agent, and the address for service. The registered agent can be found on the Illinois Secretary of State's website.

**1. Name and address of debtor:**

UHS of Delaware, Inc. ✓
*Debtor's name*

CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE
*Street, Apt #*

WILMINGTON, DE 19808
*City          State          ZIP*

In **2**, you will need to find out whether court will be in person, or by phone or video. Contact the Circuit Clerk by phone, or visit their website. Once you have this information, check **2a** or **2b**.

Fill out court date and time, and then:

If you check **2a**, fill out the address of the court building where the Debtor will attend in person.

If you check **2b**, fill out:
- the phone number for the Circuit Clerk's office.
- the instructions for how to appear by phone or video.

**2. You must attend court on** 02/20/2025 **at** 11:00 ☑ a.m. ☐ p.m.
*Date                        Time*

☑ a. In person
in courtroom C
The address of the court is: 101 E. Main St.
*Street*
Urbana, Illinois 61801
*City          State          ZIP*
OR
☐ b. By phone or video
Information and instructions for how you must attend by phone or video:

_____

Attending by phone or video is also called a "Remote Appearance." For more information, call the Circuit Clerk _____
*Local Circuit Clerk's phone number*
or visit their website to find out how to do this.

---

**Notice to Debtor**

- If you do not attend the court date listed above in section 2, the judge may issue a rule to show cause which will require you to attend court.
- On the rule to show cause court date, you will have to explain why you did not attend court on the citation court date, and why you should not be found in contempt of court.
- If you do not attend the rule to show cause court date, the judge may find you in contempt, and you may be arrested and jailed.

SC-C 1803.4                Page 1 of 6                (06/24)

Enter the Case Number given by the Circuit Clerk: 2021 L 176

3. **At your *Citation* hearing you will be asked about your property and income. You will be sworn to tell the truth.**

| In **4a**, enter the date of the judgment. If the judgment has been revived (renewed), enter that date. |
|---|

4. **Information about what you owe:**
   a. A judgment was entered or renewed against you on  03/28/2024 and 10/10/2024 .
                                                         Date

| In **4b**, enter the amount of the judgment. |
|---|

   b. The amount of the judgment is  $188,635,144 .

| In **4c**, enter how much money is still owed to you. You can include the judgment amount, your court costs (like filing fees, service fees, sheriff's fee, etc.), and post judgment interest of 9% per year. Subtract any payments made by the debtor. |
|---|

   c. The current amount that remains to be paid, including the creditor's court costs and post judgment interest, minus any payments you have made, is  $202,680,215.  plus court costs of this proceeding.

| In **5**, enter any other document that the debtor should bring to court showing their income, property, or belongings. |
|---|

5. **You are ordered to bring these documents at the court date:**
   - Federal and state income taxes for the last 2 years;
   - Recent pay stubs or proof of income;
   - Bank records;
   - Title to motor vehicles;
   - Deed to any property you own; AND
   - Insurance policies.
   - Other:  See attached Addendum.

6. **At the court date, you have the right to claim certain protections (exemptions). If you claim an exemption, the income or property covered by that exemption cannot be taken to pay the judgment. Here are some exemptions you may be able to claim:**
   1. Money or belongings up to $4,000 ("wildcard exemption");
   2. Social Security and Supplemental Security Income (SSI) benefits;
   3. Public assistance benefits;
   4. Child support;
   5. Unemployment compensation benefits;
   6. Workers' compensation benefits;
   7. Veterans' benefits;
   8. Circuit breaker property tax relief benefits;

| Equity interest is the money you would get if you sold your property and paid off any outstanding loans. |
|---|

   9. Your equity interest, up to $2,400, in any one motor vehicle;
   10 Your equity interest, up to $1,500, in any professional books, or tools of your trade;
   11 Pension and retirement benefits and refunds; AND
   12 Your equity interest, up to $15,000, in the house you live in.

7. **There are specific exemptions for wages.** Under Illinois law, the amount of wages that may be taken to pay a judgment is limited to the lower of: 1) 15% of your gross wages, or 2) the amount by which your weekly wages, after deductions for taxes and other allowed deductions, is greater than 45 times the minimum wage. Federal law allows the lesser of: 1) 25% of disposable wages; or 2) the amount by which disposable earnings for a week is greater than 30 times the federal minimum wage. ***Illinois minimum wage will increase between January 1, 2020 and January 1, 2025. See the Exempt Wages Table on the last page of this form to determine what wages are exempt based on the current minimum wage.***

Enter the Case Number given by the Circuit Clerk: 2021 L 176

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Citation to Discover Assets to Debtor* is true and correct. I understand that making a false statement on this form is perjury and has provided by law under 735 ILCS 5/1-109.** |

/s/ Timothy M. Cronin
Your Signature

1001 Highlands Plaza Drive, Suite 300
Street Address

Timothy M. Cronin
Print Your Name

St. Louis, Missouri 63110
City, State, ZIP

tcronin@simonlawpc.com
Email

(314) 241-2929
Telephone

6303115
Attorney # (if any)

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

GETTING COURT DOCUMENTS BY EMAIL: You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents. (File SIX months.)

**STOP!** The Circuit Clerk will fill in this section.

Witness this Date: 1/24/2025

Clerk of the Court: Susan W. McGrath DLM

[Seal: CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, CHAMPAIGN COUNTY ILLINOIS]

Enter the Case Number given by the Circuit Clerk: 2021 L 176

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Champaign COUNTY | INCOME AND PROPERTY STATEMENT<br>(TO BE FILLED OUT BY DEBTOR) | *For Court Use Only* |
|---|---|---|
| **Instructions ▼**<br>**To creditor:** Fill out this section in the same way you did on page 1.<br>**To debtor:** fill out pages 4-6 and sign below. | RACHAEL CAPRIGLIONE, as natural mother and next friend of A.T., a minor,<br>**Plaintiff** *(First, middle, last name)*<br><br>v. THE PAVILION FOUNDATION d/b/a THE PAVILION BEHAVIORAL HEALTH SYSTEM<br>**Defendant** *(First, middle, last name)* | 2021 L 176<br>**Case Number** |

| **Notice to Debtor:** | 1. Fill out this form and bring it with you to court; AND<br>2. Bring documents you have to support the information you listed in the form. |
|---|---|

| | |
|---|---|
| In **1a, 1b** and **1c** enter your full name, phone number and current address. | **1. I am providing the following information about myself:**<br>a. Name: _____<br>          First         Middle         Last |
| In **1d**, enter your Driver's License Number if you have one. | b. Phone Number: _____<br>c. Home Address: _____<br>          Street Address, Apt. |
| In **1e**, enter the last 4 digits your social security number. |          City         State         ZIP<br>d. Driver's License Number: _____<br>e. Social Security Number *(last 4 digits):* _____ |
| In **1f**, enter your date of birth. | f. Date of Birth: _____<br>g. I am ☐ married ☐ single ☐ divorced |
| In **1g**, check your marital status. | **2. I am providing the following information about the people who live with me:**<br>a. I support _____ adults *(not counting myself)* who live with me.<br>b. I support _____ children under 18 who live with me. |
| In **2a** and **2b**, enter the number of people living in your house who you support. Support means that the people rely on you financially. | **3. I am employed.** ☐ **No** *(answer 3a and skip to 4)* ☐ **Yes** *(skip to 3b and complete the rest)*<br>a. I receive unemployment. ☐ Yes ☐ No<br>   I receive $_____ in unemployment payments.<br>b. If yes, ☐ I am self-employed ☐ I work for someone else<br>c. Company's name: _____ |
| In **3**, check yes if you are employed. | d. Company's _____<br>         Street Address |
| In **3a**, if you receive unemployment, check the box and enter the amount of unemployment you receive. |    City         State         ZIP<br>e. Income: $_____ per month |
| In **3b**, check the box that applies to you. | |
| In **3c** and **3d** enter the company's name and address. | |
| In **3e**, enter the gross amount (before taxes) for your income. | |

Enter the Case Number given by the Circuit Clerk: 2021 L 176

| | |
|---|---|
| In **4**, check the box for each type of money you have received in the past month. The creditor may not use court proceedings to take any money you get from these sources. | **4. I receive 1 or more of the following:**<br>☐ **Yes** *(check all that apply)* ☐ **No**<br>☐ General Assistance (GA)<br>☐ Social Security<br>☐ Supplemental Security Income (SSI)<br>☐ Food Stamps (SNAP)<br>☐ State Children & Family Assistance<br>☐ Temporary Assistance to Needy Families (TANF)<br>☐ Aid to the Aged, Blind and Disabled (AABD)<br>☐ Unemployment<br>☐ Pension<br>☐ Other: _____ |
| In **5**, check if you own real estate.<br><br>In **5a**, list the address of the property you own and check the box if there is a mortgage on the property.<br><br>In **5b**, list the address of any additional property you own and check the box if there is a mortgage on the property. | **5. I own real estate:** ☐ **Yes** ☐ **No**<br>a. I own property _____<br>*Street Address, Apt.*<br>_____<br>*City       State       ZIP*<br>☐ There is a mortgage on my property.<br><br>b. I own property _____<br>*Street Address, Apt.*<br>_____<br>*City       State       ZIP*<br>☐ There is a mortgage on my property. |
| In **6**, check if you have any of the listed accounts and provide the information about each account, but do not list account numbers. | **6. I have checking, savings, money market, certificates of deposit, safety deposit boxes, or other bank or credit union accounts:** ☐ **Yes** ☐ **No**<br><br>| | Name of Bank or Institution | Names on Accounts | Account Type | Balance |<br>|---|---|---|---|---|<br>| 1. | | | | $ |<br>| 2. | | | | $ |<br>| 3. | | | | $ |<br>| 4. | | | | $ | |
| In **7**, check if you have any motor vehicles and provide the information about each vehicle. For Balance, fill in the amount remaining on your loan. | **7. I have motor vehicles** *(Cars, boats, trailers, motorcycles etc.)*: ☐ **Yes** ☐ **No**<br><br>| | Year, Make, and Model | Title in Name of | Monthly | Balance Due |<br>|---|---|---|---|---|<br>| 1. | | | $ | $ |<br>| 2. | | | $ | $ |<br>| 3. | | | $ | $ |<br>| 4. | | | $ | $ | |
| In **8**, check yes if you own other property such as jewelry, electronics, tools, etc. | **8. I own other property:** ☐ **Yes** ☐ **No**<br>The property is *(describe and include its total value)*  $ _____<br>_____<br>_____<br>_____ |

Enter the Case Number given by the Circuit Clerk: 2021 L 176

| EXEMPT WAGES TABLE | | | | |
|---|---|---|---|---|
| Timeframe: | If Paid **Weekly** | If Paid **Every 2 Weeks** | If Paid **Semi-Monthly** | If Paid **Monthly** |
| **January 1, 2020 - June 30, 2020** *(Minimum Wage $9.25/hr)* | $416.25 | $832.50 | $901.88 | $1,803.75 |
| **July 1, 2020 – December 31, 2020** *(Minimum Wage $10/hr)* | $450 | $900 | $975 | $1,950 |
| **January 1, 2021 -December 31, 2021** *(Minimum Wage $11/hr)* | $495 | $990 | $1,072.50 | $2,145 |
| **January 1, 2022 -December 31, 2022** *(Minimum Wage $12/hr)* | $540 | $1,080 | $1,170 | $2,340 |
| **January 1, 2023 -December 31, 2023** *(Minimum Wage $13/hr)* | $585 | $1,170 | $1,267.50 | $2,535 |
| **January 1, 2024 -December 31, 2024** *(Minimum Wage $14/hr)* | $630 | $1,260 | $1,365 | $2,730 |
| **January 1, 2025** *(Minimum Wage $15/hr)* | $675 | $1,350 | $1,462.50 | $2,925 |

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 | I certify that everything in this *Income and Property Statement* is true and correct. I understand that making a false statement on this form is perjury and has penalties by law under 735 ILCS 5/1-109. |
| After you finish this form, sign and print your name. | _____  _____ <br> Your Signature                              Street Address <br><br> _____  _____ <br> Print Your Name                           City, State, ZIP |
| Enter your complete address, telephone number, and email address, if you have one. | _____  _____ <br> Email                                              Telephone |
| Mail, email or hand-deliver a copy of this completed Statement to the plaintiff. | _____ <br> Attorney # (if any) |
| **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. | |

ILLINOIS CIRCUIT COURT
SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY

RACHAEL CAPRIGLIONE, as natural mother and Next Friend of A. T., a minor,

Plaintiff,

v.

THE PAVILION FOUNDATION d/b/a THE PAVILION BEHAVIORAL HEALTH SYSTEM,

Defendant.

Case No.: 2021-L-000176

### CITATION TO DISCOVER ASSETS PROHIBITION

To be served alongside the Citation to Discovery Assets.

Pursuant to 735 ILCS 5/2-1402(a):

IF YOU FAIL TO APPEAR IN COURT AS DIRECTED IN THIS NOTICE, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

Pursuant to 735 ILCS 5/2-1402(f)(1):

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from the enforcement of a judgment therefrom, a deduction order or garnishment, belonging to the judgment debtor or to which he or she may be entitled or which may thereafter be acquired by or become due to him or her, and from paying over or otherwise disposing of any moneys not so exempt which are due or to become due to the judgment debtor, until the further order of the court or the termination of the proceeding, whichever occurs first. **You are not required to withhold the payment of any moneys beyond double the amount of the balance due sought to be enforced by the judgment creditor.**

The court may punish any party who violates the restraining provision of a citation as and for a contempt, or if the party is a third party may enter judgment against him or her in the amount of the unpaid portion of the judgment and costs allowable under this Section, or in the amount of the value of the property transferred, whichever is lesser.

1

**ILLINOIS CIRCUIT COURT**
**SIXTH JUDICIAL CIRCUIT**
**CHAMPAIGN COUNTY**

| | |
|---|---|
| RACHAEL CAPRIGLIONE, as natural mother and Next Friend of A. T., a minor,<br><br>Plaintiff,<br><br>v.<br><br>THE PAVILION FOUNDATION d/b/a THE PAVILION BEHAVIORAL HEALTH SYSTEM,<br><br>Defendant. | Case No.: 2021-L-000176 |

## CITATION TO DISCOVER ASSETS ADDENDUM (UHSD)

- Statements from accounts of any and all kinds which contain cash or assets held for or owed to Defendant Pavilion, including but not limited to, banking accounts, checking accounts, savings accounts, investment accounts, and/or intercompany receivables as depicted on Defendant Pavilion's balance sheets produced on March 24, 2024 in this litigation.
- Any documents evidencing a transfer of cash or any other assets to or from Defendant Pavilion to or from UHS of Delaware, Inc. ("UHSD"), Universal Health Services, Inc. ("UHS"), or any other UHS affiliate.
- Any documents evidencing payments made by UHSD for or on behalf of Defendant Pavilion.
- Any documents that describe, relate to, or pertain to the total asset amount of $135,344,960 as listed on the Defendant's Form 1120 U.S. Corporate Income Tax Return for 2022 produced on March 24, 2024 in this litigation.
- Any documents that describe, relate to, or pertain to the total retained earnings of $131,670,814 as listed on Defendant's Form 1120 U.S. Corporate Income Tax Return for 2022 produced on March 24, 2024 in this litigation.
- Any documents, electronic or otherwise, relating to the transfer of cash, money, funds, or assets, between any UHS entity and Defendant.
- Any documents, electronic or otherwise, relating to any receivables owed to Defendant Pavilion being held by any other person or entity.
- Any other documentation which evidences the amount of cash or assets held for or owed to Defendant Pavilion.