IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Rachel Capriglione, as natural mother and next friend of A.T., a minor,<br><br>*Plaintiff*,<br><br>v.<br><br>Universal Health Services, Inc. and UHS of Delaware, Inc.<br><br>*Citation Respondents*,<br><br>and<br><br>The Pavilion Foundation d/b/a The Pavilion Behavioral Health System<br><br>*Nominal Defendant*. | Case No. 2:25-cv 02026-CSB-EIL<br><br>Honorable Judge Colin Bruce |

## AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by all parties, through their undersigned counsel, that this action is dismissed with prejudice, with each party to bear its own respective costs, including attorneys' fees.[1]

Dated: June 30, 2025

| | |
|---|---|
| /s/ *Patrick M. Otlewski*<br>Patrick M. Otlewski<br>KING & SPALDING LLP<br>110 N. Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>P: 312.764.6908<br>potlewski@kslaw.com<br><br>*Attorney for Universal Health Services, Inc. and UHS of Delaware, Inc.* | /s/ *Timothy M. Cronin*<br>John G. Simon<br>Timothy M. Cronin<br>Nathan S. Perlmutter<br>1001 Highlands Plaza Dr., Suite 300<br>St. Louis, Missouri 63110<br>P: (314) 241-2929<br>jsimon@simonlawpc.com<br>tcronin@simonlawpc.com<br>nperlmutter@simonlawpc.com |

---

[1] This Amended Stipulation of Dismissal is being filed to ensure that all parties, including The Pavilion Foundation whom Citation Respondents alleged was a nominal defendant, are dismissed from this action, which was the intent of the earlier filed Stipulation of Dismissal.

1

*Attorneys for Plaintiff*

/s/ *Greg Ostfeld*
Greg Ostfeld
Brian Straw
Greenberg Traurig LLP
360 North Green Street, Suite 1300
Chicago, Illinois 60607
P: (312) 456-8400
ostfeldg@gtlaw.com
brian.straw@gtlaw.com

Kendyl T. Hanks
Greenberg Traurig LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
P: (512) 320-7200
hanksk@gtlaw.com

*Attorneys for The Pavilion Foundation*
*d/b/a The Pavilion Behavioral Health System*